# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GERALD GILL, JR.,**

    **Plaintiff,**

vs.                                                  **CASE NO. 4:06CV178-MP/AK**

**DR. SCOTT THALER,**

    **Defendants.**

_____/

## SECOND REPORT AND RECOMMENDATION

As set forth in the previously submitted Report and Recommendation (doc. 128), the undersigned advised that he would submit a Second Report and Recommendation addressing pending requests by Plaintiff to dismiss Defendant Frank Johanson and to consolidate another case with this one (docs. 126 and 127) when responses from the Defendants were filed. The Defendants have responded that they oppose neither request and have in fact already filed a motion to join Case No. 4:07CV222 in that case. (Docs. 129 and 130). Magistrate Judge Sherill has already ruled on the motion and recommended that Case No. 4:07CV222 be consolidated with the present case and that Defendant Cherry respond to the complaint within 10 days. (Case No. 4:07CV222, Doc. 19).

Consequently, the undersigned herein recommends that Plaintiff's Motion to Dismiss Defendant Frank Johanson (doc. 126) be **GRANTED**, and that the Motion for

Joinder (doc. 127) be **GRANTED**, but that no additional action need be taken on consolidation in light of the recommendations regarding this motion pending in Case No. 4:07CV222.

**IN CHAMBERS** at Gainesville, Florida, this 19TH  Day of November, 2007.


S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 4:06cv178-MP/AK**