IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD GILL, JR,

    Plaintiff,

v.                                        CASE NO. 4:06-cv-00178-MP-AK

DR DANIEL P CHERRY, III,
FRANK JOHANSON,
J SCOTT THAYER,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 131, Second Report and Recommendation of the Magistrate Judge, recommending that plaintiff's motion to voluntarily dismiss Frank Johanson and motion to consolidate another case with this case be granted. No objection was filed, and in fact the defendants consent to the granting of these motions. Accordingly, it is hereby.

**ORDERED AND ADJUDGED:**

The Report and Recommendation is adopted and incorporated herein by reference. The motion to dismiss Mr. Johanson (found at page 9 of doc. 126) and the motion to consolidate (called a request for "joinder" at page 10 of doc. 127) are granted, and this matter remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this _4th_ day of January, 2008

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge