IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD GILL, JR,

    Plaintiff,

v.	CASE NO. 4:06-cv-00178-MP-AK

DR DANIEL P CHERRY, III,
FRANK JOHANSON,
J SCOTT THAYER,

    Defendants.

_____/

### **O R D E R**

This matter is before the Court on Doc. 128, Report and Recommendation of the Magistrate Judge, recommending that summary judgment be granted in part and denied in part. No objections have been filed, and the time for filing them has passed. The Court agrees that the majority of the claims against the defendants come down to factual disputes that render summary judgment inappropriate. However, the Court also agrees that the monetary claims against the defendants in their official capacities are barred and the injunctive relief sought is now moot, as the plaintiff has been released. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge (doc. 128) is adopted and incorporated herein.

2.     Summary judgment is granted in part and denied in part, as discussed above. This matter is remanded to the Magistrate Judge for further proceedings.

    **DONE AND ORDERED** this *30th* day of January, 2008



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge