**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GERALD GILL, JR.,**

    **Plaintiff,**

**vs.**               **CASE NO. 4:06CV178-MP/AK**

**FRANK JOHANSON, et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court are Plaintiffs Motion to Expedite Appointment of Counsel (doc. 142) and Plaintiff's Motion to Rule and Order on the motion regarding appointment of counsel. (Doc. 143). This Court has exhausted all possible means for obtaining counsel to represent Plaintiff in this cause to no avail. Notice was sent to all the attorneys registered in this court twice, but no attorneys have accepted the case, and the Court must rely upon attorneys to volunteer to accept pro bono representation in section 1983 cases. Plaintiff must find counsel on his own or proceed with this cause pro se. At present there is a pending motion for summary judgment (doc. 139), to which Plaintiff must respond.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion to Expedite (doc. 142) and to Rule (doc. 143) are **DEEMED MOOT**, in light of the Court's efforts and this Order.

2. The **STAY** imposed by the Court's previous Order (doc. 140) is hereby **LIFTED**, and Plaintiff shall have through **September 30, 2008**, to respond to the pending motion for summary judgment.

**DONE AND ORDERED** this  *27*<sup>th</sup>  day of August, 2008.

> *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv178-mp/ak**