# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GERALD GILL, JR.,**

    Plaintiff,

vs.                                CASE NO. 4:06CV178-MP/AK

**DR. SCOTT THAYER,**

    Defendants.

_____/

## ORDER OF DISMISSAL

    Presently before the Court is Plaintiff's Motion to voluntarily dismiss Defendant Daniel Cherry and his request that Defendant Cherry's motion for summary judgment (doc. 139) be deemed moot. (Doc. 145). Having considered said motion, to which no response in opposition was filed, the Court is of the opinion that it should be **GRANTED**, Defendant Cherry and the claims against him are hereby **DISMISSED**, and it will be recommended that his motion for summary judgment (doc. 139) be deemed moot.

    The parties shall on or before **November 21, 2008**, advise this Court whether this matter is ready to be set for jury trial by the district judge.

    **DONE AND ORDERED** this _6th_ day of November, 2008.

                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**